BILAL A. ESSAYLI
United States Attorney
By: AUSA Danbee Kim (213-894-6530)
1400 United States Courthouse
312 N. Spring Street
Los Angeles, CA  90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          PLAINTIFF,<br><br>          v.<br><br>ARTURO HERMOSILLO and<br><br>JULIAN PECORA CARDENAS,<br><br>                          DEFENDANT. | CASE NUMBER<br><br>8:25-MJ-549<br><br>**ORDER FOR DISMISSAL**<br>**OF MAGISTRATE'S COMPLAINT** |

A Magistrate's Complaint having been filed before the United States Magistrate Judge Autumn D. Spaeth in Santa Ana, California, against the above-named defendants, charging a violation of Title 18, United States Code, Section 372, and the United States Attorney having moved for a dismissal of the complaint,

IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant ARTURO HERMOSILLO and JULIAN PECORA CARDENAS, only without prejudice, and that defendants be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date: _____        _____
                                                                         United States Magistrate Judge

Presented by:

   /s/
_____
DANBEE KIM
Assistant United States Attorney

**Complaint Filed: July 7, 2025**

**Is the person in custody?**
                      **YES**            ☐
                      **NO**             ☒