BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:      (213) 894-6530
     Facsimile:      (213) 894-0141
     Email:    Danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:25-MJ-549 |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE COMPLAINT AGAINST DEFENDANTS ARTURO HERMOSILLO AND JULIAN PECORA CARDENAS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| ARTURO HERMOSILLO and JULIAN PECORA CARDENAS, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Danbee Kim, hereby moves to dismiss without prejudice its complaint against defendants Arturo Hermosillo and Julian Pecora Cardenas.

//

//

//

The United States moves to dismiss the complaint against defendants in the interests of justice under Federal Criminal Rule 48(a), and therefore respectfully requests that the Court grant its motion to dismiss the complaint without prejudice.  Additionally, the Court should exonerate the bond for defendants.

On July 28, 2025, Adithya Mani, counsel for defendant Arturo Hermosillo, indicated that defendant does not oppose the government's motion to dismiss without prejudice.  On July 28, 2025, Karren Kenney, counsel for defendant Julian Pecora Cardenas, indicated that defendant does not oppose the government's motion to dismiss without prejudice.

Dated: July 28, 2025                   Respectfully submitted,

                                       BILAL A. ESSAYLI
                                       United States Attorney

                                       CHRISTINA T. SHAY
                                       Assistant United States Attorney
                                       Chief, Criminal Division

                                         /s/
                                       DANBEE C. KIM
                                       Assistant United States Attorney
                                       Environmental Crimes and Consumer
                                       Protection Section

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

2