BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
DANBEE C. KIM (Cal. Bar No. 350014)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:     (213) 894-6530
    Facsimile:     (213) 894-0141
    Email:    Danbee.kim2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARTURO HERMOSILLO and<br>JULIAN PECORA CARDENAS,<br><br>    Defendant. | No. 8:25-MJ-549<br><br>ORDER |

    The Court has read and considered the United States' Motion to Dismiss Without Prejudice Complaint Against Defendants Arturo Hermosillo and Julian Pecora Cardenas Pursuant to Federal Rule of Criminal Procedure 48(a).  Finding good cause therefore and that dismissal is in the interests of justice, the Court hereby GRANTS the MOTION and ORDERS as follows:

    1.    The complaint is hereby DISMISSED without prejudice as to defendants Arturo Hermosillo and Julian Pecora Cardenas.

//

//

    2.   Defendants Arturo Hermosillo and Julian Pecora Cardenas' bond are exonerated.

    IT IS SO ORDERED.

July 29, 2025
DATE

*Karen E. Scott*
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

Presented by:

    /s/
Danbee Kim
Assistant United States Attorney